Section 375.936(4) includes within prohibited unfair practices in the insurance business false information placed before the public in a letter. The complaint alleges RCA made false statements in the letter of October 2, 1990. By the express language of § 375.932(3), RCA, as a company organized and incorporated under Chapter 383, is subject to the provisions of § 375.930 to 375.948 relating to unfair competition and deceptive practices. For that reason the Director had jurisdiction to entertain Count II of the complaint of PIM.

The Director had jurisdiction to entertain both counts of PIM's complaint. The judgment is reversed and this cause is remanded with directions to enter judgment in favor of the Director of the Division of Insurance and deny the Petition for Writ of Prohibition.

All concur.

Shaw, Howlett & Knappenberger, Clayton, for appellant/defendant.

George A. Peach, II, Pros. Atty., Michael Mullin, Asst. Pros. Atty., St. Louis, for respondent/plaintiff.

## ORDER

PER CURIAM.

Defendant appeals his conviction by a jury of one count of patronizing prostitution in violation of § 567.030 RSMo 1986 and his fine of $225.00.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with the Rule 30.25(b).

STATE of Missouri,
Respondent/Plaintiff,

v.

Daniel SESCLEIFER,
Appellant/Defendant.

No. 59546.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 24, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 27, 1992.

Application to Transfer Denied
Feb. 25, 1992.

Bradley S. Dede, Christophe P. Simms, James J. Knappenberger, Ross W. Buehler,

STATE of Missouri, Plaintiff–
Respondent,

v.

Gary R. PALMER, Defendant–Appellant.

No. 17421.

Missouri Court of Appeals,
Southern District,
Division One.

Jan. 6, 1992.

Motion for Rehearing or Transfer to Supreme Court Denied Jan. 21, 1992.

Application to Transfer Denied
Feb. 25, 1992.